UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GENE LEE BRABENDER, | Case No. C17-5990-JPD |
| Plaintiffs, | ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Based upon the unopposed motion of defendant, Dkt. 6, as well as the declaration of l. Jamala Edwards, Dkt. 7, it is hereby ORDERED that the motion is GRANTED. Accordingly, defendant's answer to plaintiff's complaint shall be due on or before February 28, 2018.

DATED this 30th day of January, 2018.

*James P. Donohue*

JAMES P. DONOHUE
Chief United States Magistrate Judge

ORDER
PAGE - 1